**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
Interstate Freight Solutions LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
8 3 – 2 1 0 5 3 1 3

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7663 Retta Mansfield Rd. | P.O. Box 36 |
| Number    Street | Number    Street |
|  | P.O. Box |
| Mansfield    TX    76063 | Mansfield    TX    76063 |
| City    State    ZIP Code | City    State    ZIP Code |
| Tarrant | **Location of principal assets, if different from principal place of business** |
| County |  |
|  | Number    Street |
|  | City    State    ZIP Code |

**5. Debtor's website (URL)**  

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Interstate Freight Solutions LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Interstate Freight Solutions LLC** _____  Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
District _____  When _____ (MM/DD/YYYY)  Case number _____
District _____  When _____ (MM/DD/YYYY)  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____ (MM/DD/YYYY)
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____ (MM/DD/YYYY)
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Case 24-40297-elm11   Doc 1   Filed 01/29/24   Entered 01/29/24 15:14:28   Desc Main
Document   Page 4 of 9

Debtor **Interstate Freight Solutions LLC** _____ Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number   Street

    _____  _____  _____
    City              State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name     _____
            Phone            _____

---

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49               ☐ 1,000-5,000         ☐ 25,001-50,000
    ☐ 50-99              ☐ 5,001-10,000        ☐ 50,001-100,000
    ☐ 100-199            ☐ 10,001-25,000       ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
    ☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
    ☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Interstate Freight Solutions LLC**   Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/29/2024**
MM / DD / YYYY

X **/s/ Blake Howle**
Signature of authorized representative of debtor
**Blake Howle**
Printed name
**Managing Member**
Title

**18. Signature of attorney**

X **/s/ Craig D. Davis**   Date **01/29/2024**
Signature of attorney for debtor   MM / DD / YYYY

**Craig D. Davis**
Printed name
**Davis, Ermis & Roberts, P.C.**
Firm name
**1521 N Cooper, Suite 860**
Number    Street

**Arlington**   **TX**   **76011**
City   State   ZIP Code

**(817) 265-8832**   **davisdavisandroberts@yahoo.com**
Contact phone   Email address
**00793588**   **TX**
Bar number   State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re **Interstate Freight Solutions LLC**                    Case No. _____

                                                              Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................  **$7,262.00**
   Prior to the filing of this statement I have received......................................  **$7,262.00**
   Balance Due..................................................................................  **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/29/2024** | **/s/ Craig D. Davis** |
|---|---|
| *Date* | *Craig D. Davis*                              Bar No.  00793588 |
| | Davis, Ermis & Roberts, P.C. |
| | 1521 N Cooper, Suite 860 |
| | Arlington, TX 76011 |
| | Phone: (817) 265-8832 / Fax: (972) 262-3264 |

---

**/s/ Blake Howle**

*Blake Howle*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Interstate Freight Solutions LLC**                                         CASE NO

                                                                                      CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/29/2024                                  Signature  /s/ Blake Howle
                                                            *Blake Howle*
                                                            *Managing Member*


Date _____                      Signature _____

Calvin Johnson
c/o Rachel Hatten Adams
10440 N. Central Expy, Ste 440
Dallas, TX  75231-2228

Monozygotic, LLC
2200 Juarez Drive
Fort Worth, TX  76177

Verizon Conect
1100 Winter Street
Waltham,MA 02451

Cox PLLC
c/o Clinton Cox
8144 Walnut Hill Lane, Ste 1090
Dallas, TX 75231

Sorensen Truck & Trailer LLC
499 Quirk St.
Grantsville, UT  84029

WILLIAM T. NEARY
OFFICE OF THE US TRUSTEE
1100 COMMERCE ST, RM 9C60
DALLAS, TX. 75242

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

STM Ventures
9750 McDaniel Rd.
Fort Worth, TX  76128

Witherite Law Group PLLC
c/o Rachel Hatten Adams
10440 N. Central Expy, Ste 440
Dallas, TX  75231-2228

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STAFF
1100 COMMERCE STREET
MAIL CODE 5020-DAL
DALLAS, TX 75242

TBank
16200 Dallas Pkwy #190
Dallas, TX 75248

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301

Teletrac Navman
310 Commerce, Ste 100
Irvine, CA  92602

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

The Peters Firm LLC
c/o Andrew Peters
600 W. 6th Street, Ste 400
Fort Worth, TX 76102

Kamel Tizioukdal
c/o Andrew Peters
600 W. 6th Street, Ste 400
Fort Worth, TX 76102

Tito Vega
8200 Country Manor Lane
Alvarado, TX  76009

Kaplan & Cruz, PLLC
c/o Martin Averill
2929 Carlisle Street, Ste. 115
Dallas, TX  75204

TWC
301 W. 13th St.
Fort Worth, TX 76102

Metro ECM
6940 Kennedale Pkwy
Kennedale, TX 76060

United States Trustee
1100 Cmmerce St., Rm 976
Dallas, TX  75242-0996

Michael Oldro
32 Woodland Trail Drive
Moberly, MO  65270

VA Regional Office
One Veterans Plaza
701 Clay Ave
Waco, TX  76799