**Fill in this information to identify the case:**

Debtor name: **Interstate Freight Solutions LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Monozygotic, LLC<br>2200 Juarez Drive<br>Fort Worth, TX 76177 | | Litigation | Contingent<br>Disputed | | | $146,448.13 |
| 2 | Sorensen Truck & Trailer LLC<br>499 Quirk St.<br>Grantsville, UT 84029 | | Unsecured Debt | | | | $80,000.00 |
| 3 | STM Ventures<br>9750 McDaniel Rd.<br>Fort Worth, TX 76128 | | Secured | | $45,000.00 | $20,000.00 | $25,000.00 |
| 4 | Verizon Conect<br>1100 Winter Street<br>Waltham, MA 02451 | | Unsecured Debt | | | | $23,000.00 |
| 5 | TBank<br>16200 Dallas Pkwy #190<br>Dallas, TX 75248 | | Secured | | $30,000.00 | $8,000.00 | $22,000.00 |

Debtor **Interstate Freight Solutions LLC**     Case number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Teletrac Navman  310 Commerce, Ste 100  Irvine, CA 92602 | | Unsecured Debt | | | | $13,946.00 |
| 7 | TWC  301 W. 13th St.  Fort Worth, TX 76102 | | Unknown Loan Type | | | | $11,500.00 |
| 8 | STM Ventures  9750 McDaniel Rd.  Fort Worth, TX 76128 | | Secured | | $25,000.00 | $18,000.00 | $7,000.00 |
| 9 | Metro ECM  6940 Kennedale Pkwy  Kennedale, TX 76060 | | Unsecured Debt | | | | $4,500.00 |
| 10 | Kamel Tizioukdal  c/o Andrew Peters  600 W. 6th Street, Ste 400  Fort Worth, TX 76102 | | Litigation | Contingent Disputed | | | $0.00 |
| 11 | Calvin Johnson  c/o Rachel Hatten Adams  10440 N. Central Expy, Ste 440  Dallas, TX 75231-2228 | | Litigation | Contingent Disputed | | | $0.00 |