Company Name: Interstate Freight Solutions, LLC

## Profit and Loss Statement

For the 6 months             Ended  02/07/2024            and _____

| Time Period | 6 months | 08/07/2023 - 02/07/2024 |
|---|---|---|
| **Revenues** | $143,181.15 | |
| Revenue from Primary Activites | | |
| (Less Returns and Allowances) | | |
| **Total Revenue** | $143,181.15 | |
| | | |
| **Costs** | $138,941.49.00 | (equipment payments / rentals & Fuel) |
| Cost of Revenue | | |
| | | |
| **GROSS PROFIT** | $4,239.66 | |
| | | |
| **Operating Expenses** | | |
| General and Administrative | $7,159.06 | (Integra factoring) |
| Insurance | $14,400.00 | (August - November) |
| Non Recurring | | |
| Payroll Taxes | $1,488.00 | |
| Rent | $12,600.00 | |
| Research and Development | | |
| Salaries and Wages | $54,995.28 | (1099 & W2) |
| Sales and Marketing | | |
| Utilities | $1,950.00 | |
| Other | | |
| **Total Operating Expenses** | $56,945.28 | |
| | | |
| **OPERATING INCOME** | $-14,916.21 | |
| | | |
| **Non-Operating or Other** | | |
| Interest Revenue | | |
| (Interest Expense) | | |
| Gain/(Loss) on Sale of Assets | | |
| Gain/(Loss) from Legal Action | | |
| (Depreciation and Amortization) | | |
| Other Gain | | |
| (Other Loss) | | |
| **Total Non-Operating or Other** | | |
| | | |
| **Discontinued Operations** | | |
| Gain/(Loss) | | |
| | | |
| **Extraordinary Items** | | |
| Gain/(Loss) | | |
| | | |
| **PRE-TAX INCOME** | $-14,916.21 | |
| | | |
| **Taxes** | | |
| Income Tax Expense | | |
| | | |
| **NET INCOME** | | |