**DEBTOR:** *Interstate Freight Solutions*

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER:** 24-40297-ELM-11

**Form 2-A**
**COVER SHEET**

For Period Ending *Jan 31, 2024*

**Accounting Method:** ☐ Accrual Basis ☐ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☑ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) ✓ |
| ☑ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☑ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☑ | ☐ | 6. Narrative (Form 2-G) |
| ☑ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 3/8/24   Print Name: Blake Howle

Signature:

Title: owner

Rev. 12/10/2009

**DEBTOR:** Interstate Freight Solutions          **CASE NO:** _____

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/24 to 1/31/24

| CASH FLOW SUMMARY | Current Month | | Accumulated | |
|---|---|---|---|---|
| 1. Beginning Cash Balance | $ 0.95 | (1) | $ _____ | (1) |
| 2. Cash Receipts | | | | |
| Operations | | | | |
| Sale of Assets | | | | |
| Loans/advances | | | | |
| Other | 3,319.85 | | | |
| Total Cash Receipts | $ 3,319.85 | | $ _____ | |
| 3. Cash Disbursements | | | | |
| Operations | | | | |
| Debt Service/Secured loan payment | | | | |
| Professional fees/U.S. Trustee fees | | | | |
| Other | 3,088.80 | | | |
| Total Cash Disbursements | $ 3,088.80 | | $ _____ | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _____ | | _____ | |
| 5 Ending Cash Balance (to Form 2-C) | $ 0.0 | (2) | $ _____ | (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | _____ | $ |
| DIP Operating Account | _____ | |
| DIP State Tax Account | _____ | |
| DIP Payroll Account | _____ | |
| Other Operating Account | _____ | |
| Other Interest-bearing Account | _____ | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _____ (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:** Interstate Freight Solutions **CASE NO:** _____

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 01 / 01 / 24 to 01 / 31 / 24

**CASH RECEIPTS DETAIL** **Account No:** _____
*(attach additional sheets as necessary)*

| Date | Payer | Description | | Amount |
|------|-------|-------------|---|--------|
| 1 / 5 / 24 | Flooring Perfections | equipment storage | $ | 232.00 |
| 1 / 19 / 24 | square (Davy Compton) | equipment storage | | 3087.85 |

**Total Cash Receipts** $ 3,319.85 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

DEBTOR: Interstate Freight Solutions                    CASE NO: _____

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 01/01/24 to 01/31/24

**CASH DISBURSEMENTS DETAIL**                    Account No: _____
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 1/8/24 | | microsoft | email | $ 4.40 |
| 1/8/24 | | Gusto | payroll payment retry | 147.00 |
| 1/9/24 | | wells Fargo | overdraft fee | 35.00 |
| 1/9/24 | | wells Fargo | monthly fee | 10.00 |
| 1/19/24 | | Texas workforce | Legal order | 2890.40 |

**Total Cash Disbursements**          $ 3,088.80 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Interstate Freight Solutions

**Form 2-C**
**COMPARATIVE BALANCE SHEET**
For Period Ended: 01/31/2024

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 0.0 | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| **Total Current Assets** | $ | $ |
| Fixed Assets: | | |
| Land | $ | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| **Total Fixed Assets** | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| **Net Fixed Assets** | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| **Total Post Petition Liabilities** | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| **Total Pre Petition Liabilities** | $ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values

**DEBTOR:**  Interstate Freight solutions          **CASE NO:** _____

### Form 2-D
### PROFIT AND LOSS STATEMENT
For Period  11/01/24 to 01/31/24

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 3,319.85 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $ 3319.85 | $ |
| Cost of Goods Sold | | |
| **Gross Profit** | $ | $ |
| Operating Expenses | | |
| Officer Compensation | $ | $ |
| Selling, General and Administrative | 4.40 | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list):  Payroll fee. | 147.00 | |
| **Total Operating Expenses** | $ 153.40 | $ |
| **Operating Income (Loss)** | $ | $ |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ 2,935.40 | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense | | |
| **Total Reorganization Expenses** | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 231.05 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 231.05 | $ |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Interstate Freight Solutions          **CASE NO:** _____

### Form 2-E
### SUPPORTING SCHEDULES
**For Period:** 01/01/24 to 01/31/24

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld:<br>  Federal<br>  State | $ | $ | $ | | | $ |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax<br>  Federal<br>  State | | | | | | |
| Sales, Use &<br>  Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax:<br>  Federal<br>  State<br>  Other:_____ | | | | | | |
| TOTALS | $ _____ | $ _____ | $ _____ | | | $ _____ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | | $ | | $ |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Interstate Freight Solutions          **CASE NO:** _____

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 01/01/24 ____ to 01/31/24 ____

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | | |
| **Pre Petition Amounts** | | |
| **Total Accounts Receivable** | $ | |
| Less:  Bad Debt Reserve | | |
| **Net Accounts Receivable (to Form 2-C)** | $ | |
| | **Total Post Petition Accounts Payable** | $ |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Interstate Freight solutions        **CASE NO:** _____

**Form 2-F**
**QUARTERLY FEE SUMMARY \***
**For the Month Ended:** 01/31/24

| Month | Year | Cash Disbursements \*\* | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|------------------------|-------------------|-----------|-----------|
| January | ___ $ | | | | |
| February | ___ | | | | |
| March | ___ | | | | |
| **TOTAL 1st Quarter** | $ | _____ $ | ____ | ____ | ____ |
| April | ___ $ | | | | |
| May | ___ | | | | |
| June | ___ | | | | |
| **TOTAL 2nd Quarter** | $ | _____ $ | ____ | ____ | ____ |
| July | ___ $ | | | | |
| August | ___ | | | | |
| September | ___ | | | | |
| **TOTAL 3rd Quarter** | $ | _____ $ | ____ | ____ | ____ |
| October | ___ $ | | | | |
| November | ___ | | | | |
| December | ___ | | | | |
| **TOTAL 4th Quarter** | $ | _____ $ | ____ | ____ | ____ |

## FEE SCHEDULE (as of JANUARY 1, 2008)

*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999................. | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999......... | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**DEBTOR:** Interstate Freight Solutions        **CASE NO:** _____

Form 2-G
**NARRATIVE**
For Period Ending 01 / 31 / 24

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Texas Workforce Commission. $2890.40   1/19/24
Case # 32194424.
I have called & left multiple voicemails. I cannot get
anyone on the phone or a call back. I dont know what
it is for.

DEBTOR: *Interstate Freight Solutions*

**CASE NUMBER:** _____

**INITIAL FINANCIAL REPORT**
CHAPTER 11

COVER SHEET

_____
Date of Report

### THIS REPORT IS DUE 14 DAYS AFTER THE PETITION FILING DATE

Mark One Box for Each
Required Document:

Debtor must attach each of the following documents or a satisfactory explanation for failure to attach a document.  **Submit original report to U.S. Trustee.**  Do not file report with Clerk of Court.

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS |
|---|---|---|---|
| ☐ | ☐ | ☐ | 1. Latest Fiscal Year Financial Statements or Tax Returns |
| ☐ | ☐ | ☐ | 2. Balance Sheet as of Month End Immediately Preceding Filing |
| ☐ | ☐ | ☐ | 3. Profit and Loss Statement for Month and Year Immediately Preceding Filing |
| ☐ | ☐ | ☐ | 4. Insurance & Environmental Risk Questionnaire<br>- Proof of:<br>a. General Liability Insurance<br>b. Property (Fire, Theft, etc.) Insurance<br>c. Workers' Compensation Insurance<br>d. Vehicle Insurance<br>e. Other: |
| ☐ | ☐ | ☐ | 5. Projected Revenue, Expenses and Cash Flow for First 180 Days of Post Petition Operations (Form IR-1) |
| | | | 6. Name and Address of Financial Institution, Account Number and Sample Voided Check for Each Debtor in Possession Bank Account |
| ☐ | ☐ | ☐ | a. General Account<br>c. Tax Account (if required) |

*I declare under penalty of perjury that the following Initial Financial Report, and any attachments thereto, are true and correct to the best of my knowledge and belief.*

**Executed on:** _____

**Debtor(s):** _____

**By:** _____

**Position:** _____

**Email & Phone:** _____

Form 1
Rev. 12/10/2009

*Interstate*

**DEBTOR:** Freight Solutions          **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** _____          **FOR QUARTER ENDED:** _____

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | | |
|---|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ | _____ |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | | _____ |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS ( | | _____) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT | $ | _____ |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ _____ | $ _____ | $ _____ |
| | Plan Trustee Expense | _____ | _____ | _____ |
| | Attorney Fees - Trustee | _____ | _____ | _____ |
| | Attorney Fees - Debtor | _____ | _____ | _____ |
| | Other Professionals | _____ | _____ | _____ |
| | Other Administrative Expenses | _____ | _____ | _____ |
| | TOTAL ADMINISTRATIVE EXPENSES | $ _____ | $ _____ | $ _____ |
| 2. | SECURED CREDITORS | $ _____ | _____ | _____ |
| 3. | PRIORITY CREDITORS | $ _____ | _____ | _____ |
| 4. | UNSECURED CREDITORS | $ _____ | _____ | _____ |
| 5. | EQUITY SECURITY HOLDERS | $ _____ | _____ | _____ |
| 6. | Attach additional sheets as nece | $ _____ | _____ | _____ |
| | **TOTAL PLAN PAYMENTS** | $ _____ | $ _____ | $ _____ |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ _____ | _____ | _____ |

**PLAN STATUS:**                                                   Yes No

1.  Have all payments been made as set forth in the confirmed plan?  (If no, attach explanation.) ☐ ☐

2.  Are all post-confirmation obligations current?  (If no, attach explanation.) ☐ ☐

3.  Projected date of application for final decree: _____

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary          _____

                                                                      Reorganized Debtor

                                             By: _____

                                                   _____

                                                           Title

                            Email & Phone: _____          Form 3
                                                                                Rev. 12/10/2009

# Initiate Business Checking

January 31, 2024 ■ Page 1 of 4



INTERSTATE FREIGHT SOLUTIONS LLC
PO BOX 36
MANSFIELD TX 76063-0036

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | -$231.05 |
| Deposits/Credits | 3,319.85 |
| Withdrawals/Debits | - 3,088.80 |
| Ending balance on 1/31 | $0.00 |

Account number: 5566634050

INTERSTATE FREIGHT SOLUTIONS LLC

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/5 | | Online Transfer From Flooring Perfections LLC Business Checking xxxxxx9169 Ref #Ib0Ltwdvtl on 01/05/24 | 232.00 | | 0.95 |
| 1/8 | | Recurring Payment authorized on 01/07 Microsoft#G0355971 Msbill.Info WA S384008047222759 Card 1928 | | 6.40 | |
| 1/8 | < | Business to Business ACH Debit - Gusto Retry Pymt 240103 6Semk00V7SI Interstate Freight Sol | | 147.00 | -152.45 |
| 1/9 | | Overdraft Fee for a Transaction Posted on 01/08 $6.40 Recurring Payment Authori Zed on 01/07 Microsoft#G0355971 Msbill.I | | 35.00 | |
| 1/9 | | Direct Pay Monthly Base | | 10.00 | -197.45 |
| 1/19 | | Square Inc 240119P2 240119 L210852466657 Interstate Freight Sol | 3,087.85 | | |
| 1/19 | | Legal Order Debit - Contact Texas Workforce Commission (512) 463-2768 - Case# 3664424 | | 2,890.40 | 0.00 |
| Ending balance on 1/31 | | | | | 0.00 |
| Totals | | | $3,319.85 | $3,088.80 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Items returned unpaid

| Date | Description | Amount |
|------|-------------|--------|
| 1/3 | Waste Connection Web_Pay    Jan 24 78569494010124  Interstate Freight Sol    Reference #    021000025524236 | 794.28 |
| 1/4 | Gusto         Fee 481524 240103 6Semk00V7SI    Interstate Freight Sol    Reference #    021000020651750 | 147.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2024 - 01/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Average ledger balance | $1,000.00 | -$98.00 ☐ |
| • Minimum daily balance | $500.00 | -$231.05 ☐ |

C1/C1

**WELLS FARGO**

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Please note: Your account has an ending balance of zero as of the date of this statement. Accounts with a zero balance will continue to be charged applicable fees (like the monthly service fee) until you request to close your account. We may close an account with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.

- To prevent closure by us without notification, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.
- If you do not plan to keep this account, we encourage you to redirect recurring deposits and payments to another account.

Questions? Please contact your banker or call the phone number appearing on your statement.

We appreciate your business. Thank you for choosing Wells Fargo.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
$ _____
+ $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL (Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE (Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801